Joseph W. HULL et al., Petitioners,

v.

The UNITED STATES.

No. 15486.

United States Court of Appeals
Eighth Circuit.

Dec. 19, 1955.

H. S. Life, Oskaloosa, Iowa, Robert M. Austin and Harry H. Peterson, Minneapolis, Minn., for petitioners.

Roy L. Stephenson, U. S. Atty., Des Moines, Iowa, for respondents.

PER CURIAM.

Petition of petitioners for leave to file petition for writ of prohibition denied.

---

Will GALLOWAY, Appellant,

v.

UNITED STATES of America.

No. 15495.

United States Court of Appeals
Eighth Circuit.

Jan. 5, 1956.

Julius L. Sherwin, Chicago, Ill., for appellant.

Harry Richards, U. S. Atty., and Robert C. Tucker, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

---

T. C. (Ted) MAHR, d/b/a Mahr Poultry Company, et al., Appellants,

v.

Edna Lee CLEMONS et al.

No. 15401.

United States Court of Appeals
Eighth Circuit.

Dec. 22, 1955.

Wright, Harrison, Lindsey & Upton, Little Rock, Ark., for appellants.

Gordon & Gordon, Morrilton, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

---

AMERICAN BARGE LINE CO., Inc., a Corporation, Appellant,

v.

Harry THOMAS.

No. 15473.

United States Court of Appeals
Eighth Circuit.

Jan. 12, 1956.

Wilder Lucas, St. Louis, Mo., for appellant.

Douglas MacLeod, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.